IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 10306 |
| GLASS MANAGEMENT SERVICES, INC., an Illinois corporation, d/b/a U.S. ARCHITECTURAL GLASS & METAL, | ) ) ) ) ) | MAGISTRATE JUDGE SHEILA FINNEGAN |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO REOPEN CASE FOR
THE LIMITED PURPOSE OF ENFORCING THE
TERMS OF THE SETTLEMENT AGREEMENT
AND ENTERING JUDGMENT AGAINST DEFENDANT**

NOW COME Plaintiffs, IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.* ("Plaintiffs" or "Funds"), by their attorneys, and move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of the Settlement Agreement effective October 25, 2017. In support of their Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, Mid-America Pension Plan, *et al.*, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with the Architectural and Ornamental Iron Workers' Union, Local No. 63, of the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers (AFL-CIO), and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The

Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On October 26, 2017, an Agreed Order of Dismissal was entered by this Court dismissing this cause of action without prejudice with leave to reinstate on or before December 31, 2018 for the purpose of enforcing the parties' October 25, 2017 Settlement Agreement (a copy of the Agreed Order of Dismissal is attached as Exhibit A and a copy of the Settlement Agreement is attached as Exhibit B).

3. The parties agreed to settle all claims for a payment by Defendant of $10,000.00 in 12 monthly installments, plus interest accrued at the rate of 8.25%, with the first payment due on or before November 15, 2017 and all subsequent payments due on the 15th day of each month thereafter, consistent with Schedule A attached to the Settlement Agreement, as described in Paragraph 3 of the Settlement Agreement.

4. The payments were to be submitted by Defendant by check payable to Iron Workers' Mid-America Pension Plan and were to be received on or before the due dates in the offices of Plaintiffs' counsel.

5. Plaintiff Funds agreed to waive any amounts claimed due for contributions, liquidated damages, audit costs, court costs and attorneys' fees above $10,000.00 (i.e., $3,700.63), contingent on the Defendant's compliance with all terms and conditions of the Settlement Agreement, including its agreement to timely remit its regular monthly contributions for the duration of the payment schedule in Schedule A attached to the Settlement Agreement.

6. The Defendant would be considered in breach of the Settlement Agreement if the Plaintiff Funds did not timely receive each of the monthly payments required by Paragraph 3 of the

Settlement Agreement, including timely payment of regular monthly contributions for the duration of the payment schedule in Schedule A attached to the Settlement Agreement. In the event of a breach, any amounts remaining due under Paragraph 3 of the Settlement Agreement, plus the audit costs, court costs and attorneys' fees above $10,000.00 that would have been waived, additional accrued interest, and any additional costs and attorneys' fees incurred by the Plaintiff Funds after September 30, 2017, to collect these amounts or enforce the Settlement Agreement, would become immediately due and owing, and the Plaintiff Funds would be entitled to file a motion with the Court for the sole purpose of obtaining a consent judgment against the Defendant for the amounts due under the Settlement Agreement.

7. Defendant's sixth and seventh payments of $875.00 were not received by Plaintiffs' counsel by the due dates of April 15, 2018 and May 15, 2018 nor were the March 2018 and April 2018 reports and contributions timely received. As of the date of filing the instant motion, Plaintiffs' counsel has not received the monthly installments due for May 15, 2018 forward, leaving a balance due under Paragraph 3 of $5,200.65, plus the $3,700.63 that would have been waived.

8. Although under no obligation to do so, on April 19, 2017, Plaintiffs' counsel wrote to Defendant's counsel regarding the failure of the Defendant to abide by the terms of the Settlement Agreement (a copy of the April 19, 2017 letter from Plaintiffs' counsel to Defendant's counsel is attached as Exhibit C).

9. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Settlement Agreement and entering judgment against the Defendant. Specifically, Plaintiffs request:

A. That judgment be entered in favor of Plaintiffs and against Defendant to include $5,200.65 remaining due under Paragraph 3 of the Settlement Agreement, plus $3,700.63 that would have been waived.

B. That judgment be entered in favor of Plaintiffs and against Defendant to include an additional $2,388.00 in attorneys' fees incurred by the Plaintiffs since September 30, 2017, including preparation and presentment of their Motion to Reopen.

C. That judgment be entered in the total amount of $11,289.28.

D. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile:  (312) 236-0241
Email:  pryan@baumsigman.com

I:\MIDJ\U.S. Architectural Glass\motion-reopen.pnr.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on or before the hour of 4:00 p.m., this 1st day of June 2018, he electronically filed the foregoing document (Motion to Reopen) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Todd A. Miller<br>
Ms. Kathleen M. Cahill<br>
Ms. Megan M. Moore<br>
Allocco, Miller & Cahill, P.C.<br>
20 N. Wacker Drive, Suite 3517<br>
Chicago, IL 60606-2806<br>
tam@alloccomiller.com<br>
kmc@alloccomiller.com<br>
mmm@alloccomiller.com

                                           /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
Email: pryan@baumsigman.com

I:\MIDJ\U.S. Architectural Glass\motion-reopen.pnr.df.wpd